Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-407-041

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Autumn at the Orchard |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | September 03, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Corbert Gauthier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Corbert Gauthier |
| | 2900 Arlington Ave, Lincoln, NE, 68502, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Telephone:** | (952)544-1377 |
| **Address:** | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-407-054

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

---

## Title

**Title of Work:** Christmas Porch

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 01, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Corbert Gauthier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Corbert Gauthier
2900 Arlington Ave, Lincoln, NE, 68502, United States

## Rights and Permissions

**Organization Name:** MHS Licensing
**Name:** John Haesler
**Email:** john@mhslicensing.com
**Telephone:** (952)544-1377
**Address:** 111 3rd Avenue South
Suite 360
Minneapolis, MN 55401 United States

## Certification

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-407-060

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | Stocking Stuffer |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | October 01, 2013 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | Corbert Gauthier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Corbert Gauthier |
| | 2900 Arlington Ave, Lincoln, NE, 68502, United States |

## Rights and Permissions
_____

| | |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Telephone:** | (952)544-1377 |
| **Address:** | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

## Certification
_____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-406-944

**Effective Date of Registration:**
April 23, 2024
**Registration Decision Date:**
August 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Visit from St. Nick |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2012 |
| **Date of 1st Publication:** | December 03, 2012 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Corbert Gauthier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Corbert Gauthier |
| | 2900 Arlington Ave, Lincoln, NE, 68502, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | MHS Licensing |
| **Name:** | John Haesler |
| **Email:** | john@mhslicensing.com |
| **Telephone:** | (952)544-1377 |
| **Address:** | 111 3rd Avenue South |
| | Suite 360 |
| | Minneapolis, MN 55401 United States |

## Certification

